Hartwig N. BARUCH, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 109, Docket 21419.

United States Court of Appeals Second Circuit.

Argued Dec. 13, 1949.

Decided Dec. 28, 1949.

Irwin C. Rutter, New York City, for Hartwig N. Baruch, petitioner.

Theron Lamar Caudle, and Chas. Oliphant, Assistant Attorneys General, Ellis N. Slack, A. F. Prescott and Sumner M. Redstone, Special Assistants to the Attorney General, for Commissioner of Internal Revenue, respondent.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

PER CURIAM.

Affirmed on authority of Lazier v. United States, 8 Cir., 170 F.2d 521, and Pettit v. Commissioner, 5 Cir., 175 F.2d 195.

BARNABA PHOTOGRAPHS CORPORATION, Plaintiff-Appellee, v. UNITED STATES of America, Defendant-Appellant.

No. 107, Docket 21493.

United States Court of Appeals Second Circuit.

Argued Nov. 10, 1949.

Decided Nov. 28, 1949.

John F. X. McGohey, United States Attorney (James A. Devlin, Assistant United States Attorney, of counsel), for defendant-appellant.

Raymond J. McGrover, for appellant-appellee.

Before AUGUSTUS N. HAND, CHASE and CLARK, Circuit Judges.

PER CURIAM.

Affirmed on opinion of Leibell, J.,[1]

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA, DISTRICT COUNCIL OF KANSAS CITY, MISSOURI, and Vicinity, A. F. of L., and Walter A. Said, as Agent for United Brotherhood of Carpenters and Joiners of America, District Council of Kansas City, Missouri, and Vicinity, A. F. of L., Respondents.

No. 3969.

United States Court of Appeals Tenth Circuit.

Dec. 19, 1949.

Rehearing Denied Jan. 11, 1950.

Dominick Manoli, Washington, D. C. (David P. Findling, Assoc. Gen. Counsel, A. Norman Somers, Asst. Gen. Counsel, and Harvey B. Diamond, Atty., National Labor Relations Board, Washington, D. C., on the brief), for petitioner.

Clif Langsdale, Kansas City, Mo., for respondents.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

The motion to dismiss is denied on authority of National Labor Relations Board

1. No District Court opinion for publication.